**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-00657-CMA-BNB

XEROX CORPORATION,

    Plaintiff,

v.

TYPE ETC. INC., and
MICHAEL A. CROSS,

    Defendants.

## ORDER REGARDING EARLY ALTERNATIVE DISPUTE RESOLUTION

    This matter is before the Court on Defendants' Motion for an Order Requiring Early Alternative Dispute Resolution or Early Neutral Evalutation (Doc. # 11). The Court having reviewed the Motion and finding that good cause for the relief requested exists, and being otherwise advised in the premises, it is hereby

    ORDERED that the Motion for an Order Requiring Early Alternative Dispute Resolution (Doc. # 11) is GRANTED; it is

    FURTHER ORDERED that the parties shall schedule at their earliest mutually convenient opportunity a third party mediation/settlement conference with a third party neutral mutually agreeable to the parties; it is

    FURTHER ORDERED that the costs of said third party alternative dispute resolution proceeding shall be shared equally by the parties, 50% by the Plaintiff and 50% by the Defendants; it is

FURTHER ORDERED that said proceedings shall occur and be completed and a report as to the results thereof be filed with the Court **not later than June 8, 2012**.

DATED:  May  02 , 2012

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge